IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEOBARDO LERMA,** | 1:06-cv-01238-AWI WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| **ALBERTO GONZALEZ, et al.,** | |
| Respondents. | [Doc. 14, 15] |

At the time he filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Petitioner was detained by the United States Bureau of Immigration and Customs Enforcement ("BICE"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. Pending before the court is Respondent's motion to dismiss.

On April 17, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty

1  days.  Petitioner did not file objection.

2    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de</u> <u>novo</u> review of this case.  See <u>Britt v. Simi Valley Unified School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

6    Based on the foregoing, it is HEREBY ORDERED  that:

7  1. The findings and recommendations issued by the Magistrate Judge on
8    April 17, 2007, are a adopted in full;
9  2. Respondent's motion to dismiss is GRANTED;
10  3. The Petition for Writ of Habeas Corpus is DISMISSED as moot;
11  4.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this
12    case.   All pending motions are to be terminated.

13  IT IS SO ORDERED.

14  **Dated:    June 13, 2007**           **/s/ Anthony W. Ishii**
                     UNITED STATES DISTRICT JUDGE